[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-10113
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 10, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:08-cv-03605-CAP

ZURAB LEZHAVA,

Plaintiff-Appellant,

versus

AMERICAN HOME MORTGAGE SERVICING, INC.,
WILMINGTON TRUST COMPANY, in its capacity as the
Trustee of American Home Mortgage Investment Trust 2007-1,

Defendants-Appellees,

JOHN DOE INVESTOR,

Defendant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(February 10, 2012)

Before TJOFLAT, EDMONDSON, and COX, Circuit Judges.

PER CURIAM:

The Plaintiff, Zurab Lezhava, appeals following the district court's grant of summary judgment in favor of the Defendants, American Home Mortgage Servicing, Inc. and Wilmington Trust Company, in its capacity as the Trustee of American Home Mortgage Investment Trust 2007-1.

Lezhave contends that the district court erred in granting the Defendants summary judgment on all of his claims. Lezhava's arguments in support of this contention were rejected by the district court in a well-reasoned opinion. We agree with the district court's analysis and conclusions. (Order at Dkt. 97 at 1-20.) No reversible error has been shown.

Lezhava also contends that the district court erred in denying his motion for leave to amend. We conclude that Lezhava has shown no abuse of discretion in denial of the motion for the reasons stated in the district court's order denying the motion. (*Id.* at 21-27.)

AFFIRMED.